Matter of Edwin C.

2026 NY Slip Op 03113

May 19, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Edwin C., a Person Alleged to be a Juvenile Delinquent, Appellant. Presentment Agency

Decided and Entered: May 19, 2026

Docket No. D-249/25|Appeal No. 6653|Case No. 2025-01024|

Before: Moulton, J.P., Scarpulla, Kapnick, Shulman, Michael, JJ.

Dawne A. Mitchell, The Legal Aid Society, New York (Hannah Kaplan of counsel), for appellant.

Steven Banks, Corporation Counsel, New York (Jamison Davies of counsel), for Presentment Agency.

[*1]

Appeal from a temporary order of protection of the Family Court, New York County (Betsey Jean-Jacques, J.), entered on or about January 9, 2025, unanimously dismissed, without costs, as moot.

Appellant's appeal from a temporary order of protection is moot, as that order was vacated and expunged before its expiration on February 6, 2025 (see Matter of Muhamad Omar W. [Jessica W.], 204 AD3d 453, 454 [1st Dept 2022]). Contrary to appellant's contentions, we find no exception to the mootness doctrine (see Matter ofVeronica P. v Radcliff A., 24 NY3d 668, 671 [2015]; Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714-715 [1980]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 19, 2026